| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FINAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neiter, Richard | U.S. Bankruptcy Court Central District of California | 10/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge (Retired 9/10/16) | ☐ Nomination   Date<br>☐ Initial   ☐ Annual   ☑ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>09/10/2016 |

**7. Chambers or Office Address**

Chambers of the Hon. Richard M. Neiter
United States Bankruptcy Court Central District of California
255 E. Temple Stree, Suite 1652
Los Angeles, CA 91107

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | ██████████████ |
| 2. | Co-Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Employment agreement with ST&G for deferred compensation as a result of my retirement from that organization in 2/16. I have no control over the amounts paid. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard | 10/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | ST&G deferred compensation | $28,645.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self employed art dealer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Neiter, Richard** | 10/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. -Tweedy Browne Global Value Fund (TBGVX) | | None | M | T | Sold (part) | 05/23/16 | K | C | |
| 3. -Touchstone Small Cap Core Fund -Y (TSFYX) | | None | K | T | Sold (part) | 05/23/16 | K | D | |
| 4. -CNR Fixed Income Opportunities Fund-N RIMOX | E | Dividend | | T | Sold (part) | 02/22/16 | K | A | |
| 5. | | | O | T | Buy (add'l) | 04/19/16 | M | | |
| 6. -CNR US Core Equity Fund Serv (CNRVX) | C | Dividend | | T | Sold (part) | 03/10/16 | L | A | |
| 7. | | | P1 | T | Sold (part) | 03/16/16 | L | A | |
| 8. -Vanguard Short Term Corp Bond ETF (VSCH) | C | Dividend | M | T | | | | | |
| 9. -Vanguard Intermediate Term Govt. Bond Fund ETF (VCIT) | A | Dividend | K | T | | | | | |
| 10. -Vanguard Intermediate Term Corporate ETF (VCIT) | C | Dividend | M | T | | | | | |
| 11. -Vanguard Short-Term Govt Bond ETF (VGBH) | A | Dividend | L | T | | | | | |
| 12. -Vanguard REIT ETF (VNQ) | B | Dividend | L | T | | | | | |
| 13. -CNR Prime Money Market Fund Servicing. Class | A | Int./Div. | | | Sold | 08/26/16 | M | A | |
| 14. -CNR Govt Money Market Fund Servicing. Class | A | Int./Div. | M | T | Buy | 08/26/16 | M | | |
| 15. -CNR Emerging Markets Fund CL N (RIMIX) | | None | M | T | Sold (part) | 05/23/16 | K | B | |
| 16. -CNR Dividend & Income Fund CL N (RIMHX) | D | Dividend | O | T | Sold (part) | 05/23/16 | L | A | |
| 17. -Vanguard Small Cap ETF (VB) | A | Dividend | K | T | Sold (part) | 05/25/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Global EX US Real Estate ETF (VNQI) | A | Dividend | L | T | | | | | |
| 19. -Ivy High Income Fund Class I | D | Int./Div. | | | Sold | 04/19/16 | M | A | |
| 20. -Stone Ridge Rmns Risk Premium Fund Ind Fd (SRRIX) | | None | M | T | Buy | 02/22/16 | K | | |
| 21. IRA #3 (H) | | | | | | | | | |
| 22. -CNR Govt. MMkt CL N (CNGXX) | A | Int./Div. | J | T | | | | | |
| 23. -iShares Core Growth Allocation ETF (AOR) | A | | J | T | | | | | |
| 24. -City National Rochdale Fixed Income Opportunities Fund (RIMOX) | A | Dividend | J | | | | | | |
| 25. Trust #1(H) | | | | | | | | | |
| 26. -U.S. Bank (Accounts) | A | Interest | L | T | | | | | |
| 27. -Banc of California Inc. (BANC) Common Stock | B | Dividend | K | T | | | | | |
| 28. -Rental Property -- Los Angeles Co., CA | E | Rent | P1 | W | | | | | |
| 29. -Partial Interest in HOA | | None | J | T | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard | 10/19/2016 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Neiter, Richard | 10/19/2016 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard Neiter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544